PRH
4/29/13

SAL/BEC: USAO # 2012R00778

FILED
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2013 APR 30  A 10: 27

| UNITED STATES OF AMERICA | : | CRIMINAL NO. CCB-13-0215 |
|---|---|---|
| v. | : | (Possession With Intent to Distribute Methylone, 21 U.S.C. § 841(a)(1)) |
| ANDREW BERGER, | : | |
| Defendant. | : | |

..oOo..

## INFORMATION

### COUNT ONE
(Possession With Intent to Distribute Methylone)

The United States Attorney for the District of Maryland charges that:

In or about the summer of 2012, in the District of Maryland, the defendant,

**ANDREW BERGER**

did knowingly, intentionally, and unlawfully possess with intent to distribute a quantity of methylone, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

21 U.S.C. § 841
18 U.S.C. § 2

Rod Rosenstein / Scott A. Lemmon
Rod J. Rosenstein
United States Attorney

1