SAL/BEC: USAO # 2012R00778

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 MAY -8  A 10: 01

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. CCB-13-215 |
| | : |
| v. | : (Possession With Intent to Distribute |
| | : Methylone, 21 U.S.C. § 841(a)(1)) |
| ANDREW BURGER, | : |
| | : |
| Defendant. | : |

..oOo..

## SUPERSEDING INFORMATION

### COUNT ONE
(Possession With Intent to Distribute Methylone)

The United States Attorney for the District of Maryland charges that:

In or about the summer of 2012, in the District of Maryland, the defendant,

**ANDREW BURGER**

did knowingly, intentionally, and unlawfully possess with intent to distribute a quantity of methylone, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

21 U.S.C. § 841
18 U.S.C. § 2

_Rod Rosenstein_ / _Scott Lemmin_
Rod J. Rosenstein
United States Attorney

1