SAL/BEC: USAO # 2012R00778

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 JUN -4  P 4: 21

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. CCB-13-215 |
| | : | |
| v. | : | (Attempt to Possess With Intent to |
| | : | Distribute Methylone, 21 U.S.C. § 846; |
| ANDREW BURGER, | : | Forfeiture, 21 U.S.C. § 853, 28 U.S.C. |
| | : | § 2461(c)) |
| Defendant. | : | |
| | : | |
| | : | |

..oOo..

## SECOND SUPERSEDING INFORMATION

### COUNT ONE
(Attempt to Possess With Intent to Distribute Methylone)

The United States Attorney for the District of Maryland charges that:

In or about the summer of 2012, in the District of Maryland, the defendant,

**ANDREW BURGER**

knowingly and intentionally attempted to commit the following offense against the United States: to possess with intent to distribute a quantity of methylone, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

21 U.S.C. § 846
21 U.S.C. § 2

## **FORFEITURE ALLEGATION**

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), as a result of the defendant's conviction under Count One of the Indictment.

2. As a result of the offense alleged in Count One of this Indictment, the defendant,

ANDREW BURGER,

shall forfeit to the United States the currency that he intended to use to purchase a quantity of methylone, to wit: $5,000.00 in United States currency.

21 U.S.C. § 853
28 U.S.C. § 2461(c)

*Rod J. Rosenstein / Scott Lemm*
Rod J. Rosenstein
United States Attorney